# JS-6

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA – EASTERN DIVISION**

| | |
|---|---|
| EMILY URIAS, on behalf of herself and all others similarly situated, and the general public,<br><br>　　　　　　　Plaintiffs,<br><br>　v.<br><br>WYNDHAM VACATION OWNERSHIP, INC., a California Corporation; and DOES 1 through 10, inclusive,<br><br>　　　　　　　Defendants. | Case No. EDCV13-1891JGB(SPx)<br><br>[~~PROPOSED~~] ORDER DISMISSING LAWSUIT WITH PREJUDICE |

**PURSUANT TO STIPULATION, IT IS ORDERED AS FOLLOWS:**

　　　This matter is dismissed with prejudice, with each party to bear its own attorneys' fees and costs.

**IT IS SO ORDERED.**

Dated: September 16, 2014

_____
Hon. Jesus G. Bernal
United States District Court Judge

1